## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

### *Filed Electronically*

TARA STEFANELLI
     Plaintiff,

v.

LOUISVILLE WATER COMPANY
     Defendant.

Case No.3:22-CV-573-CHB

### NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant, Louisville Water Company ("LWC"), by and through its attorneys, Dinsmore & Shohl LLP, is removing the above-captioned action, currently pending as Case No. 22-CI-004953 in the Ninth Division of Jefferson Circuit Court. Defendant hereby files this Notice of Removal pursuant to 28 U.S.C. §§1331, 1441, and 1446, and respectfully states as follows:

1.     On or about September 25, 2022, Plaintiff commenced this action, which is now pending in the Jefferson County Circuit Court Case No. 22-CI-004953, entitled Tara Stefanelli v. Louisville Water Company, arising out of alleged claims under the Americans with Disabilities Act ("ADA"), the Americans with Disabilities Act Amendments Act ("ADAAA"), the Kentucky Civil Rights Act ("KCRA"), and the Family Medical Leave Act ("FMLA").

2.     This Notice of Removal is timely under 28 U.S.C. § 1446(b) in that it was filed on October 26, 2022, which is within thirty days of September 29, 2022, the date of service on LWC.

3.     Consistent with 28 U.S.C. § 1446(a), true and correct copies of the pleadings in the state court action are attached and incorporated as (**Exhibit 1**). Plaintiff has moved for default judgement in the state court action, which will become moot upon timely removal.

4.      The above-described action is one that may be removed by Defendant consistent with the provisions of 28 U.S.C. § 1331, 1367, 1441 and 1446 on the basis of federal question jurisdiction and supplemental jurisdiction.

## Federal Question and Supplemental Jurisdiction

5.      Plaintiff's Complaint alleges claims for violations of federal law under the ADA, the ADAAA, and the FMLA.

6.      This Court has original subject matter jurisdiction over this matter under 28 U.S.C. § 1331 because the heart of Plaintiff's Complaint, her claims for violation of the ADA, the ADAAA, and the FMLA, arise "under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

7.      Specifically, the allegations in Plaintiff's Complaint allege that Defendant violated the ADA, the ADAAA, and the FMLA by discriminating on the basis of disability, fostering a hostile work environment due to a disability, failing to accommodate, disclosing medical information, and discriminating on the basis of FMLA leave.

8.      Thus, consistent with 28 U.S.C. § 1331, this Court has original subject matter jurisdiction over Plaintiff's ADA, ADAAA, and FMLA claims.

9.      The United States District Court for the Western District of Kentucky is the proper judicial district for this action under 28 U.S.C. § 1441(a) because it presides over the county within which the Complaint was filed.

10.     Venue is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district corresponding to the place, Jefferson County, where the action is pending.

11.    This court has supplemental jurisdiction over Plaintiff's claims arising under the KCRA pursuant to 28 U.S.C. § 1367

12.    This action is not an action described in 28 U.S.C. § 1445.

13.    This Notice of Removal will be served on all adverse parties consistent with 28 U.S.C. § 1446.

14.    Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal, as well as an Notice of Filing of this Notice of Removal, without exhibits, is being electronically filed with the Clerk of the Jefferson County Circuit Court, and a copy of the same is being electronically served upon all adverse parties. (**Exhibit 2**).

## <u>CONCLUSION</u>

15.    Therefore, Defendant hereby gives notice of this removal, pursuant to 28 U.S.C. § 1331, 1441 and 1446, from the Jefferson County Circuit Court for the state of Kentucky, to the United States District Court for the Western District of Kentucky.

Defendant therefore requests removal of the state-court action to this Court and request that further proceedings be conducted in this Court as provided by law.

Respectfully submitted,


/s/  Jeremy S. Rogers
Donna King Perry
Jeremy Rogers
Dinsmore & Shohl LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky  40202
Telephone:  (502) 581-8000
Facsimile:  (502) 581-8111
donna.perry@dinsmore.com
jeremy.rogers@dinsmore.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2022, a copy of the foregoing was mailed, via U. S. Mail, postage prepaid, to:

Robyn Smith
Adam M. Johnson
4350 Brownsboro Road
Suite 110
Louisville, Kentucky 40207
firm@robynsmithlaw.com
(502) 893-4569
*Counsel for Plaintiff*

/s/  Jeremy S. Rogers
*Counsel for Defendant*
*Louisville Water Company*