UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| TARA STEFANELLI, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:22-cv-573-CHB-CHL |
| | ) | |
| v. | ) | |
| | ) | **ORDER OF DISMISSAL WITH** |
| LOUISVILLE WATER COMPANY, | ) | **PREJUDICE** |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

This matter is before the Court on the parties' Stipulation of Dismissal, [R. 58]. Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket, with each party to bear its own costs and fees.

This the 29th day of October, 2025.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:     Counsel of Record